UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA GARETT and ERIK HOYER, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff<br>vs.<br>MORGAN STANLEY DW, INC.,<br><br>　　　　　　Defendants. | CASE NO. 04-CV-1858-BEN (JMA)<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARDING ATTORNEY'S FEES, COSTS, AND ENHANCEMENTS TO NAMED PLAINTIFFS**<br><br>Date:　September 12, 2006<br>Time:　10:30 a.m.<br>Ctrm:　3<br><br>Hon. Roger T. Benitez |

On September 12, 2006, the Court heard (1) plaintiffs' unopposed motion for final approval of the class action settlement ("Settlement"), and (2) Class Counsel's unopposed motion for an award of attorney's fees, litigation expenses, and enhancements to the named plaintiffs. After reviewing plaintiffs' briefs, and after hearing arguments of counsel, the Court finds and orders as follows:

1. For the purposes of this Order, the Court adopts all defined terms as set forth in the Joint Stipulation and Settlement Agreement ("Stipulation"), previously filed with this Court on March 27, 2006, Docket No. 32.

2. This Court has jurisdiction over the subject matter of this litigation and over all parties and Class Members in this litigation.

3. The Court finds that the distribution of the Notice of Class Action Settlement as provided in the Stipulation constituted the best notice practicable under the circumstances and fully met the requirements of due process.

4. The Court finds that no Class Member has objected to the Settlement. Only 18 Class Members, representing less than 0.35% of the Class, have requested exclusion from the Settlement. Approximately 74.8% of the Class Members have filed claims, and these Class Members worked approximately 90% of the total months worked by all Class Members during the Class Period. Accordingly, the Court finds that the Class views the Settlement favorably.

5. The Court finds that the Settlement was the product of protracted, arms-length negotiations between experienced counsel, facilitated by a respected mediator. After considering the defendant's exposure, the plaintiffs' likelihood of success on their claims, and the risks, expense, and delays associated with further litigation, the Court finds that the Settlement is fair, reasonable, and in the best interests of the Class and hereby grants final approval of the Settlement. Plaintiffs and defendant are ordered to carry out the Settlement as provided in the Stipulation.

6. Class Counsel have reported that a number of Class Members have filed late claims, and

2

that Class Counsel are in the process of investigating the reasons for those late claims. The Court will retain jurisdiction to decide, if necessary, whether any of those late claims will be allowed, pursuant to a duly-noticed motion.

7. Class Counsel have jointly moved for an award of attorney's fees equal to 25% of the $42,500,000 settlement amount, or $10,625,000, plus $16,943.82 in litigation expenses. (The Court notes that Class Member Bruce Taylor has withdrawn his motion for an award of attorney's fees, Docket No. 40.) The Court finds that Class Counsel have skillfully advanced novel and untested legal theories on a contingent-fee basis over more than two years, and their efforts resulted in a substantial payment to the Class. No Class Member has objected to Class Counsel's request. The Court finds no "unusual circumstances" to warrant a departure from the Ninth Circuit's 25% benchmark fee. The Court further finds that Class Counsel's expenses were reasonably incurred in prosecuting this case. Accordingly, the Court grants Class Counsel's request for attorney's fees and litigation expenses in its entirety.

8. Plaintiffs have also moved for an award of enhancement payments of $20,000 to each of the two named plaintiffs, Linda Garett and Erik Hoyer, to be paid from the settlement amount. The Court finds that these enhancement payments are reasonable in light of the services the named plaintiffs performed on behalf of the Class and the risks they undertook in bringing the lawsuit. No Class Member has objected to the proposed enhancement payments. Accordingly, the Court grants plaintiffs' request in its entirety.

IT IS SO ORDERED.

DATED: September 12, 2006

_____
Hon. Roger T. Benitez
United States District Judge

APPROVED AS TO FORM:

Dated: September __, 2006          DOSTART CLAPP GORDON
                                                                                                                                                                                                                                                                & COVENEY, LLP

_____
JAMES F. CLAPP
Class Counsel

Dated: September __, 2006          KIRKLAND & ELLIS, LLP

_____
JAMES F. BASILE
CHRISTOPHER W. KEEGAN
Attorneys for Defendant
Morgan Stanley DW, Inc.